FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 2:08-cr-00262-DSF-2 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| TANYA PRIETO AUSTIN, | |
| Defendant. | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of her supervised release and for failing to appear at a preliminary hearing regarding revocation of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met her burden of establishing by

clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on her failure to proffer any evidence to meet her burden on this issue;

and

B. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on her failure to proffer any evidence to meet her burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 19, 2015

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2